UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-21801-BLOOM/Elfenbein**

ARANTZA ESPINOZA,

    Plaintiff,

v.

LADUREE MIAMI, LLC,
a Florida Limited Liability Company,
*d/b/a* LADUREE

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal With Prejudice, ECF No. [12] ("Notice"), filed on July 29, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [12]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 24-cv-21801-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of Record

**Laduree Miami, LLC.,**
a Florida Limited Liability Company
doing business as
Laduree